AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUAN ALAMO and PABLO JIMENEZ,

Plaintiffs,

v.

OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO,

Defendants.

No.

Judge
Magistrate Judge

**08 C 766**

**JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN**

To: City of Chicago
c/o City Clerk
121 N. LaSalle St. rm.107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Blake Horwitz
LAW OFFICES OF BLAKE HORWITZ, LTD.
155 N. Michigan, #723
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____         _____
(By) Deputy Clerk                                         Date


**Michael W. Dobbins, Clerk**

*Nadine Hinley* (signature)

--------------------------------
**(By) DEPUTY CLERK**

**February 5, 2008**
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date: 2/8/08 |
| NAME OF SERVER (PRINT): John Ochoa | TITLE: Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City Hall c/o City Clerk 121 N. Lasolle rm 107 Chicago, IL 60602

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 2/8/08
Date

Signature of Server

155 N. Michigan Ave #723 Chicago, IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.