## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ALAMO, JUAN and, | ) | |
| JIMENEZ, PABLO | ) | |
| Plaintiff, | ) | NO. 08 C 766 |
| | ) | |
| v. | ) | HON. JUDGE ANDERSEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| OFFICER MARK ARCILLAS, | ) | MAGISTRATE JUDGE ASHMAN |
| OFFICER MACHAIN #7963, | ) | |
| OFFICER AARON #13001; | ) | |
| Defendants. | ) | |

## DEFENDANTS AGREED MOTION
## FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Mark Arcillas, Stephen Machain, Jeffery Aaron and the City of Chicago ("Defendants"), by one of their attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court for leave to file the City's Answer *instanter*, and pursuant to FRCP 6(b)(1), to enlarge Defendants respective times to answer or otherwise plead to Plaintiff's Complaint in this matter thirty (30) days from today's date, up to and including April 11th, 2008. In support, Defendants state:

1. Plaintiff filed a complaint against the Defendants on or about February 4, 2008.

2. The complaint was served on the City on February 8, 2008. The complaint was served upon Mark Arcillas, Stephen Machain, and Jeffery Aaron on February 24, 21, and 27, 2008, respectively. The Officers answers are due on March 12, 2008.

3. Due to administrative delays, the case was not assigned to present counsel for the City until March 5, 2008, approximately six days after the City's answer was due.

4. Further, the case was not assigned to present counsel for Defendant Officers Arcillas, Machain, and Aaron until that same date. Counsel has not yet met with his clients in

order to prepare an answer, and therefore requests an additional thirty days to answer. Answering on behalf of all Defendants at the same time will provide uniform briefing schedules as well as improved efficiencies for the Court.

5.     I discussed this matter with Plaintiff's counsel Mr. Abbas Merchant by telephone yesterday, and, under the circumstances, stated he had no objection to this motion.

6.     Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

7.     This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, the Defendants respectfully request that this Court:

a.  Grant the City's motion for leave to file its Answer *instanter* and for an enlargement of time to answer the complaint or otherwise plead, to April 11, 2008; and,

b.  Grant the Defendant Officers Arcillas, Machain and Aaron's motion for an enlargement of time to answer the complaint or otherwise plead, to April 11, 2008.

Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel, City of Chicago

Respectfully submitted,

MARK ARCILLAS, STEPHEN MACHAIN
and JEFFERY AARON,

By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602             */s/ Thomas H. Freitag*
(312) 742-7391                      Thomas H. Freitag
Atty. No. 6272245                   Assistant Corporation Counsel