**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-766<br><br>JUDGE ANDERSEN |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz     lobh@att.net,bwhorwitz@att.net

Thomas Howard Freitag     thomas.freitag@cityofchicago.org,lw01226@cityofchicago.org

Erica E. Faaborg     erica.lobh@gmail.com

        s/ Blake Horwitz_____
        Blake Horwitz
        Horwitz, Richardson and Baker, LLC
        20 S. Clark St., Suite 500
        Chicago, Illinois 60603
        Tel:  312-676-2100
        Fax:  312-372-7076