IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAMO, JUAN and, | ) | |
| JIMENEZ, PABLO | ) | |
|     Plaintiff, | ) | NO.  08 C 766 |
| | ) | |
| v. | ) | HON. JUDGE ANDERSEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| OFFICER MARK ARCILLAS, | ) | MAGISTRATE JUDGE ASHMAN |
| OFFICER MACHAIN #7963, | ) | |
| OFFICER AARON #13001; | ) | |
|     Defendants. | ) | |

**DEFENDANTS AGREED MOTION
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Mark Arcillas, Stephen Machain, Jeffery Aaron and the City of Chicago ("Defendants"), by one of their attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge Defendants respective times to answer or otherwise plead to Plaintiff's Complaint in this matter thirty (30) days from today's date, up to and including May 12th, 2008. In support, Defendants state:

1. Defendants were due to answer or otherwise plead to Plaintiffs' Complaint on April 11, 2008.

2. I discussed this matter with Plaintiff's counsel Mr. Abbas Merchant by telephone today, and was informed that there was an error in dates of the incident in Plaintiffs' Complaint and that he would be filing an amended complaint based on that, and the dates and some claims will be changed, under the circumstances the parties agreed to extend Defendants time to answer or otherwise plead, to allow for amending the complaint.

1

3. Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

4. This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, the Defendants respectfully request that this Court grant the Defendants agreed motion for an enlargement of time to answer the complaint or otherwise plead, to May 12, 2008.

Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel, City of Chicago

Respectfully submitted,

MARK ARCILLAS, STEPHEN MACHAIN
and JEFFERY AARON,

By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-7391
Atty. No. 6272245

*/s/ Thomas H. Freitag*
Thomas H. Freitag
Assistant Corporation Counsel