IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAMO, JUAN and, | ) | |
| JIMENEZ, PABLO | ) | |
|       Plaintiff, | ) | NO. 08 C 766 |
| | ) | |
| v. | ) | HON. JUDGE ANDERSEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| OFFICER MARK ARCILLAS, | ) | MAGISTRATE JUDGE ASHMAN |
| OFFICER MACHAIN #7963, | ) | |
| OFFICER AARON #13001; | ) | |
|       Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Erica Faaborg
       Abbas Merchant
       Horwitz, Richardson & Baker LLC
       20 S. Clark St., Suite 500
       Chicago, IL 60603

     **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

     **PLEASE TAKE NOTICE** that on April 17th, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Wayne R. Andersen, or whomever shall be sitting in his stead, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

     **DATED** at Chicago, Illinois this 11th day of April, 2008.

                                                      Respectfully submitted,

                                                      */s/ Thomas H. Freitag*
                                                      THOMAS H. FREITAG
                                                      Assistant Corporation Counsel
                                                      30 North LaSalle Street, Suite 1400
                                                      Chicago, IL  60602
                                                      (312) 742-7391
                                                      Atty. No. 6272245

**CERTIFICATE OF SERVICE**

     The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 11th day of April, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                                           */s/ Thomas H. Freitag*
                                           THOMAS H. FREITAG
                                           Asst. Corporation Counsel