UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Juan Alamo, et al.
                Plaintiff,

v.                                Case No.: 1:08−cv−00766
                                            Honorable Wayne R. Andersen

Mark Arcillas, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision motion for extension of time to file answer[16].(tsa, )Mailed notice.

Dated: April 15, 2008

                                                                              /s/ Wayne R. Andersen

                                                                            United States District Judge