IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO, <br><br> Defendants. | No. 08-c-766 <br><br> JUDGE ANDERSON <br> MAGISTRATE JUDGE ASHMAN |

## PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

NOW COME Plaintiffs, by and through his attorneys at Horwitz, Richardson, & Baker LLC., and state the following in support of their motion for leave to amend the complaint.

1. Plaintiffs filed their initial Complaint on February 5, 2008.

2. Due to a bookkeeping error, the date of incident alleged in Plaintiffs' initial complaint was April 2, 2007. It has since been discovered that the actual date of the incident was July 16, 2006.

3. Plaintiffs seek to amend their complaint (Exhibit A) to correct this error.

4. Plaintiffs also seek to amend their complaint to remove the claims which are barred by the statutes of limitation, including the state claims and the Illinois indemnification claim.

WHEREFORE Plaintiffs pray this Court grant their motion for leave to amend the complaint to include the correct date of incident and remove all claims barred by the various statutes of limitation.

2

        Respectfully Submitted,

        s/ Erica Faaborg
        Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100