IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ, | |
| Plaintiffs, | No. 08-c-766 |
| v. | JUDGE ANDERSON |
| | MAGISTRATE JUDGE ASHMAN |
| OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO, | |
| Defendants. | |

### NOTICE OF MOTION

On May 1, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Anderson at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT.

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas Howard Freitag    thomas.freitag@cityofchicago.org, lw01226@cityofchicago.org

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com, lobh@att.net, npeters@erlaw.net, npeters@hrbattorneys.com

Respectfully Submitted,

s/  Erica Faaborg
Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100