IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ,  Plaintiffs,  v.  OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO,  Defendants. | No. 08-c-766  JUDGE ANDERSON MAGISTRATE JUDGE ASHMAN |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on May 2, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Thomas Howard Freitag    thomas.freitag@cityofchicago.org, lw01226@cityofchicago.org

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com, lobh@att.net, npeters@erlaw.net, npeters@hrbattorneys.com

                Respectfully Submitted,

                s/_Erica Faaborg_____
                Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100