IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAMO, JUAN and, | ) | |
| JIMENEZ, PABLO | ) | |
| Plaintiff, | ) | NO. 08 C 766 |
| | ) | |
| v. | ) | HON. JUDGE ANDERSEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| OFFICER MARK ARCILLAS, | ) | MAGISTRATE JUDGE ASHMAN |
| OFFICER MACHAIN #7963, | ) | |
| OFFICER AARON #13001; | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Erica Faaborg
     Abbas Merchant
     Horwitz, Richardson & Baker LLC
     20 S. Clark St., Suite 500
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFFS' FIRST AMENDED COMPLAINT,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on May 29th, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Wayne R. Andersen, or whomever shall be sitting in his stead, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFFS' FIRST AMENDED COMPLAINT.**

**DATED** at Chicago, Illinois this 22nd day of May, 2008.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-7391
Atty. No. 6272245

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANTS MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFFS' FIRST AMENDED COMPLAINT** was served upon the above-named at the above addresses by U.S. Mail on the 22ND day of May, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

/s/ Thomas H. Freitag
THOMAS H. FREITAG
Asst. Corporation Counsel