IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ, | |
| Plaintiffs, | No. 08-c-766 |
| v. | JUDGE ANDERSON |
| | MAGISTRATE JUDGE ASHMAN |
| OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO, | |
| Defendants. | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on June 27, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT IV and V OF PLAINTIFFS' AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT IV and V OF PLAINTIFFS' AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:


Thomas Howard Freitag     thomas.freitag@cityofchicago.org,
lw01226@cityofchicago.org

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com, mpizarro@hrbattorneys.com

Rachelle Sorg        rsorg@hrbattorneys.com


                              Respectfully Submitted,

                              s/_Rachelle Sorg_____
                              Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100