IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAMO, JUAN and, <br> JIMENEZ, PABLO <br>      Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, <br> OFFICER MARK ARCILLAS, <br> OFFICER MACHAIN #7963, <br> OFFICER AARON #13001; <br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO.  08 C 766 <br><br> HON. JUDGE ANDERSEN <br> Judge Presiding <br><br> MAGISTRATE JUDGE ASHMAN |

**NOTICE OF FILING and CERTIFICATE OF SERVICE**

TO: Rachelle M. Sorg
   Erica Faaborg
   Horwitz, Richardson & Baker LLC
   20 S. Clark St., Suite 500
   Chicago, IL 60603

  **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

  I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

  **DATED** at Chicago, Illinois this 11th day of July, 2008.

                   Respectfully submitted,

                   */s/ Thomas H. Freitag*
                   THOMAS H. FREITAG
                   Assistant Corporation Counsel
                   30 North LaSalle Street, Suite 1400
                   Chicago, IL  60602
                   (312) 742-7391
                   Atty. No. 6272245