IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAMO, JUAN and, <br> JIMENEZ, PABLO <br>               Plaintiff, <br> <br> v. <br> <br> CITY OF CHICAGO, <br> OFFICER MARK ARCILLAS, <br> OFFICER MACHAIN #7963, <br> OFFICER AARON #13001; <br>               Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO.  08 C 766 <br> <br> HON. JUDGE ANDERSEN <br> Judge Presiding <br> <br> MAGISTRATE JUDGE ASHMAN |

### NOTICE OF MOTION

TO:    Erica Faaborg
         Horwitz, Richardson & Baker LLC
         20 S. Clark St., Suite 500
         Chicago, IL 60603

      **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS,** a copy of which is herewith served upon you.

      **PLEASE TAKE NOTICE** that on September 9th, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Martin C. Ashman, or whomever shall be sitting in his stead, in Room 1386 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS.**

      **DATED** at Chicago, Illinois this 5th day of September, 2008.

                                                            Respectfully submitted,

                                                            */s/ Thomas H. Freitag*
                                                             THOMAS H. FREITAG
                                                             Assistant Corporation Counsel
                                                             30 North LaSalle Street, Suite 1400
                                                             Chicago, IL  60602
                                                            (312) 742-7391
                                                           Atty. No. 6272245

**CERTIFICATE OF SERVICE**

      The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** was served upon the above-named at the above addresses by U.S. Mail on the 5th day of September, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                                                        */s/ Thomas H. Freitag*
                                                        THOMAS H. FREITAG
                                                        Asst. Corporation Counsel