# EXHIBIT A

Case 1:08-cv-00766   Document 39-2   Filed 09/08/2008   Page 1 of 2

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schnidt     Ra Chaka
John C. Ochoa        Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

March 11, 2008                                                      VIA FACSIMILE

Tom Freitag
Assistant Corporation Counsel
30 N. LaSalle St., Ste. 900
Chicago, IL 60602
Fax: (312)744-3989

Re: *Alamo v. City et al.,* 08 C 766

Mr. Freitag,

This letter confirms my telephone conversation with you today in which you requested we agree to allow you an additional 30 days to answer or otherwise plead. You also stated that you had planned on filing your appearance tomorrow, March 12, 2008.

We agreed that we would not oppose your motion for an extension of time to answer or otherwise plead and you agreed to have a 26(f) conference within 1 week of filing your answer or otherwise pleading.

Additionally, Ms. Erica Faaborg, from our office is the primary attorney in this case, please send all further communication to her attention.

If this letter does not accurately reflect our agreement, or if you have any questions or comments regarding the above, please do not hesitate to contact me.

Sincerely,

Abbas Merchant