IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO, <br><br> Defendants. | No. 08-c-766 <br><br> JUDGE ANDERSON <br> MAGISTRATE JUDGE ASHMAN |

## NOTICE OF MOTION

On September 9, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ashman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFFS' MOTION TO COMPEL AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas Howard Freitag   thomas.freitag@cityofchicago.org, lw01226@cityofchicago.org

Blake Wolfe Horwitz   bhorwitz@hrbattorneys.com, lobh@att.net

Rachelle M. Sorg   rsorg@hrbattorneys.com

Erica E. Faaborg   efaaborg@hrbattorneys.com

                Respectfully Submitted,

                s/ Erica Faaborg
                Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100