## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Juan Alamo, et al.
                    Plaintiff,

v.                                      Case No.: 1:08−cv−00766
                                                   Honorable Wayne R. Andersen

Mark Arcillas, et al.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Defendants' motion for protective order staying discovery pending resolution of motion to dismiss [37] is denied for the reasons stated orally in open court. Plaintiffs' motion to compel [39] is withdrawn. Plaintiffs' motion for leave to file a second amended complaint to be noticed before Judge Andersen. Oral argument held on 9/9/2008 regarding motion to stay [37]. Discovery closure is extended to 12/15/2008. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.