IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ALAMO and PABLO JIMENEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICER MARK ARCILLAS, OFFICER MACHAIN #7963, OFFICER AARON #13001, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-c-766<br><br>JUDGE ANDERSON<br>MAGISTRATE JUDGE ASHMAN |

## NOTICE OF MOTION

On September 18, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Anderson at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFFS' MOTION LEAVE TO FILE A SECOND AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas Howard Freitag    thomas.freitag@cityofchicago.org, lw01226@cityofchicago.org

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com, lobh@att.net

Rachelle M. Sorg    rsorg@hrbattorneys.com

Erica E. Faaborg    efaaborg@hrbattorneys.com

    Respectfully Submitted,

                                         s/_Erica Faaborg_____
                                         Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100